IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOSEPH N. BOWEN,
ADC #141176                                                                           PLAINTIFF

V.                              3:11-cv-00104-DPM-JTK

PAULETT ARNOLD, et al.                                        DEFENDANTS

## INITIAL SCHEDULING ORDER

Defendants have filed their Answer to Plaintiff's Complaint. The Court will give the parties six months to *complete* discovery and seven months (30 days after the close of discovery) to file any dispositive motions.[1]

IT IS THEREFORE ORDERED that the parties shall complete discovery on or before **December 30, 2011,** and file any dispositive motions on or before **January 30, 2012.**

Dated this 1st day of July, 2011.

                                                  _____
                                                  JEROME T. KEARNEY
                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] This means that the parties must send their final discovery requests to the opposing side so that they have the full amount of time, as provided by the Federal Rules of Civil Procedure, to respond before the discovery deadline expires. For instance, Fed. R. Civ. P. 33(b)(2) states that a party has 30 days to respond to interrogatories. Thus, the parties must send their final interrogatories to the opposing side *at least* 30 days before the expiration of the discovery deadline

-1-