IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOSEPH N. BOWEN,
ADC #141176                                                                              PLAINTIFF

v.                    Case No. 3:11-cv-104-DPM-JTK

PAULETT ARNOLD, LARRY MILLS,
BECKY HITT, ANDY ALLISON,
and SUSAN COX                                                                        DEFENDANTS

ORDER

The Court has considered Magistrate Judge Jerome T. Kearney's Proposed Findings and Recommendations, *Document No. 5*. No one has objected. Having reviewed the proposal for clear errors of fact on the face of the record, Fed. R. Civ. P. 72(b) (advisory committee notes to 1983 addition), and for legal error, the Court adopts the proposal as its own. Defendants Arnold and Mills are dismissed from Bowen's Complaint without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 July 2011