IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOSEPH N. BOWEN  PLAINTIFF
ADC #141176

v.                     No. 3:11-cv-104-DPM-JTK

BECKY HITT, Assistant Administrator,
Poinsett County Jail; ANDY ALLISON,
Capt., Poinsett County Jail; and SUSAN COX,
Nurse, Poinsett County Jail  DEFENDANTS

ORDER

Bowen has not complied with Magistrate Judge Jerome T. Kearney's two orders, *Document Nos. 17 & 20*, to respond to some defense motions. He apparently decided in January to drop his case. *Document No. 19-1*. In light of Bowen's failure to prosecute, the Court dismisses his complaint without prejudice. Motions to compel and to dismiss, *Document Nos. 16 & 19*, denied as moot.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

24 April 2012