IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOSEPH N. BOWEN                                                                               PLAINTIFF
ADC #141176

v.                              No. 3:11-cv-104-DPM-JTK

BECKY HITT, Assistant Administrator,
Poinsett County Jail; ANDY ALLISON,
Capt., Poinsett County Jail; and SUSAN COX,
Nurse, Poinsett County Jail                                                             DEFENDANTS

## ORDER

Bowen has not complied with Magistrate Judge Jerome T. Kearney's two orders, *Document Nos. 17 & 20*, to respond to some defense motions. He apparently decided in January to drop his case. *Document No. 19–1.* In light of Bowen's failure to prosecute, the Court dismisses his complaint without prejudice. Motions to compel and to dismiss, *Document Nos. 16 & 19*, denied as moot.

So Ordered.

                                                                                    *D.P. Marshall Jr.*
                                                                                    D.P. Marshall Jr.
                                                                                    United States District Judge

                                                                                    24 April 2012