IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOSEPH N. BOWEN                                                    PLAINTIFF
ADC #141176

v.                           No. 3:11-cv-104-DPM

PAULETT ARNOLD, Administrator,
Poinsett County Jail; LARRY MILLS,
Chief, Poinsett County Jail; BECKY HITT,
Assistant Administrator, Poinsett County
Jail; ANDY ALLISON, Capt., Poinsett
County Jail; and SUSAN COX, Nurse, Poinsett
County Jail                                                        DEFENDANTS

## JUDGMENT

Bowen's complaint is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 April 2012